```
1  Ryan Lee (SBN: 235879)
   rlee@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 405
3  Los Angeles, CA  90025
   Tel: (323) 988-2400
4  Fax: (866) 861-1390
   LIBERTY CACHUELA
5
```

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LIBERTY CACHUELA, | ) | Case No.: 3:15-cv-1403 |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LIBERTY CACHUELA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 4, 2015                    KROHN & MOSS, LTD.

                                         By:/s/ Ryan Lee, Esq.
                                         Ryan Lee, Esq.
                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq